UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:24-CR-73. |
| v. | : | (Judge Conner.) |
| **LUIS MAURA,** **JOSE SANCHEZ,** | : | |
| Defendants. | : | |

FILED
HARRISBURG, PA
MAR 20 2024
PER [signature]
DEPUTY CLERK

## <u>INDICTMENT</u>

THE GRAND JURY CHARGES:

### <u>COUNT 1</u>
18 U.S.C. § 1349
(Conspiracy to Commit Wire Fraud)

**<u>BACKGROUND</u>**

At times relevant to this Indictment:

1. Defendant Luis MAURA resided in New Jersey, worked in the trucking industry, and managed drivers who operated trucks that travelled on the Pennsylvania Turnpike.

2. Defendant Jose SANCHEZ resided in New Jersey, worked in the trucking industry, and operated trucks that travelled on the Pennsylvania Turnpike.

3. The Pennsylvania Turnpike Commission is a commission established under the laws of the Commonwealth of Pennsylvania and given the authority to collect tolls for use on certain roadways.

4. E-ZPass is a toll collection system used by the Pennsylvania Turnpike to collect tolls on roadways by means of an E-ZPass transponder, or a Go-Pak. Through use of the transponders and electronic toll equipment at the Toll Points, the Pennsylvania Turnpike captures the trip information, calculates the toll, and deducts the toll from the account holder's pre-paid account balance.

**STATUTORY ALLEGATION**

5. Paragraphs one through four are incorporated here.

6. Between on or about 2015 to on or about April 2020, in Dauphin and Cumberland Counties, within the Middle District of Pennsylvania, and elsewhere, the defendants,

**LUIS MAURA, and**
**JOSE SANCHEZ,**

did knowingly and intentionally combine, conspire and agree with other persons known and unknown to the grand jury to commit the following offense against the United States: to devise a scheme and artifice to

defraud another, specifically the Pennsylvania Turnpike Commission, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice and attempting to do so caused to be transmitted by means of wire communications in interstate commerce signals and sounds, in violation of 18 U.S.C. Section 1343.

## THE OBJECT OF THE CONSPIRACY

7. It was the object of the conspiracy for Defendants Luis MAURA, Jose SANCHEZ, and others to unlawfully enrich themselves by travelling on the Pennsylvania Turnpike without paying proper tolls and facilitating the travel of others on the Pennsylvania Turnpike without paying proper tolls.

## MANNER AND MEANS

8. It was a part of the manner and means of the conspiracy that from on or about 2015 to on or about April 2020, the defendants and others did the following:

A. Worked with truck drivers in New Jersey to conceal their trucks' license plates from detection by Pennsylvania

Turnpike cameras when traveling into and off the turnpike to avoid paying tolls;

B. Obtained thousands of E-ZPass transponders from retailers in New Jersey and Pennsylvania;

C. Registered the transponders on the Pennsylvania Turnpike website using fake names, fake addresses, and fake credit card information;

D. Used some of these transponders on trucks travelling on the Pennsylvania Turnpike, primarily from New Jersey to Pennsylvania, including but not limited to destinations within the Middle District of Pennsylvania;

E. Sold other transponders to truck drivers who then travelled on the Pennsylvania Turnpike;

F. Evaded or attempted to evade the payment of approximately $1million in tolls due to the Pennsylvania Turnpike Commission for use of the Pennsylvania Turnpike;

G. Caused wire communications to be transmitted in interstate commerce, including but not limited to wire

communications from New Jersey and other locations to the Pennsylvania Turnpike Commission headquartered in Dauphin County within the Middle District of Pennsylvania.

In violation of Title 18, United States Code, Section 1349.

THE GRAND JURY FURTHER CHARGES:

**COUNTS 2-9**
18 U.S.C. § 1343
(Wire Fraud)

9. Paragraphs one through four and seven and eight of Count One are incorporated here.

10. On or about the dates set forth below, in Dauphin County, in the Middle District of Pennsylvania and elsewhere, the defendant,

**JOSE SANCHEZ,**

did knowingly and intentionally devise a scheme and artifice to defraud another, specifically the Pennsylvania Turnpike Commission, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice and attempting to do so caused to be transmitted by means of wire communication in interstate commerce the signals and

sounds described below for each count, each transmission constituting a separate count:

| Count | Date | Wire Transmission |
|---|---|---|
| **2** | July 7, 2019 | Transponder # 4626557 registered online with false information |
| **3** | July 13, 2019 | Transponder # 4740835 registered online with false information |
| **4** | July 27, 2019 | Transponder # 4751160 registered online with false information |
| **5** | August 10, 2019 | Transponder # 4760111 registered online with false information |
| **6** | August 24, 2019 | Transponder # 4857915 registered online with false information |
| **7** | August 31, 2019 | Transponder # 4850856 registered online with false information |
| **8** | October 19, 2019 | Transponder # 4886760 registered online with false information |
| **9** | November 21, 2019 | Transponder # 4881607 registered online with false information |

In violation of Title 18, United States Code, Section 1343.

A TRUE BILL

[redacted]

FOREPERSON

3/20/24

Date

GERARD M. KARAM
United States Attorney

MICHAEL A. CONSIGLIO
Assistant United States Attorney