UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:24-CR-73 |
| v. | : | |
| | : | (Judge Keli M. Neary) |
| **LUIS MAURA,** | : | |
| Defendant. | : | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
18 U.S.C. § 1343
(Wire Fraud)

At times relevant to this Information:

1. Defendant Luis MAURA resided in New Jersey, worked in the trucking industry, and managed drivers who operated trucks that travelled on the Pennsylvania Turnpike.

2. The Pennsylvania Turnpike Commission is a commission established under the laws of the Commonwealth of Pennsylvania and given the authority to collect tolls for use on certain roadways.

3. E-ZPass is a toll collection system used by the Pennsylvania Turnpike to collect tolls on roadways by means of an E-ZPass

transponder, or a Go-Pak. Through use of the transponders and electronic toll equipment at the Toll Points, the Pennsylvania Turnpike captures the trip information, calculates the toll, and deducts the toll from the account holder's pre-paid account balance.

4. The defendant, Luis MAURA, participated in a scheme to unlawfully enrich himself by travelling on the Pennsylvania Turnpike without paying proper tolls and facilitating the travel of others on the Pennsylvania Turnpike without paying proper tolls.

5. As part of the execution of the scheme from on or about 2015 to on or about April 2020, participants in the scheme did the following:

A. Worked with truck drivers in New Jersey to conceal their trucks' license plates from detection by Pennsylvania Turnpike cameras when traveling into and off the turnpike to avoid paying tolls;

B. Obtained thousands of E-ZPass transponders from retailers in New Jersey and Pennsylvania;

C. Registered the transponders on the Pennsylvania Turnpike website using fake names, fake addresses, and

fake credit card information;

D. Used some of these transponders on trucks travelling on the Pennsylvania Turnpike, primarily from New Jersey to Pennsylvania, including but not limited to destinations within the Middle District of Pennsylvania;

E. Sold other transponders to truck drivers who then travelled on the Pennsylvania Turnpike;

F. Evaded or attempted to evade the payment of tolls due to the Pennsylvania Turnpike Commission for use of the Pennsylvania Turnpike;

G. Caused wire communications to be transmitted in interstate commerce, including but not limited to wire communications from New Jersey and other locations to the Pennsylvania Turnpike Commission headquartered in Dauphin County within the Middle District of Pennsylvania.

6. In September 2019, in Dauphin and Cumberland Counties, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**LUIS MAURA**

did knowingly and intentionally devised a scheme and artifice to defraud another, specifically the Pennsylvania Turnpike Commission, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice and attempting to do so caused to be transmitted by means of wire communications in interstate commerce signals and sounds, specifically EZ Pass transponder #4880586 was registered online with false information and thereafter used on the Pennsylvania Turnpike on a vehicle registered to the defendant's business causing a wire communication to be sent.

In violation of Title 18, United States Code, Section 1343.

BRIAN D. MILLER
United States Attorney

Michael A. Consiglio | 10/29/2025

MICHAEL A. CONSIGLIO | Date
Assistant United States Attorney