**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:24-CR-00073** |
| | : | |
| **v.** | : | **(Judge Neary)** |
| | : | |
| **LUIS MAURA,** | : | |
| | : | |
| **Defendant** | : | |

**PLEA**

AND NOW, this 17 day of November, 2025, the within named defendant, Luis Maura hereby enters a plea of guilty to the within Information.

LUIS MAURA, Defendant

Witnessed by Counsel for Defendant