UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL No. 1:24-CR-73 |
| | ) | |
| v. | ) | (Judge Keli M. Neary) |
| | ) | |
| LUIS MAURA, | ) | |
| Defendant | ) | |

**MOTION TO REVOKE BAIL AND ISSUE ORDER OF DETENTION**

AND NOW, the United States of America, by its undersigned counsel, submits the following Motion to Revoke Bail and Issue Order of Detention. In support of this motion, the United States alleges as follows:

1. On November 17, 2025, Luis Maura entered a guilty plea to an Information charging him with a violation of 18 U.S.C. §1343, wire fraud. At the time of his plea, Maura was on pretrial release.

2. The Court permitted Maura to remain out on the $100,000 appearance bond issued by the U.S. District Court of New Jersey, where Maura had his initial appearance on the underlying indictment.

3. Sentencing was set to occur on June 2, 2026, before this Court.

4. Maura contested the sentencing guideline calculation, which resulted in a six-hour sentencing hearing on June 2, 2026. The

conclusion of the sentencing hearing was postponed to June 12, 2026.

5. Meanwhile, on June 2, 2026, the New Jersey State Police notified federal authorities that Maura had an arrest warrant for his arrest related to a charge of theft of motor vehicle on May 6, 2026. See Attachment 1.

6. Maura was taken into custody of the United States Marshal Service at the conclusion of the June 2, 2026, to address the arrest warrant issued by authorities in New Jersey.

7. The U.S. Probation Office has issued notice violation where it is recommended that Maura's presentencing supervision be revoked and he be detained pending resolution of the sentencing. See Attachment 2.

8. A defendant who has been convicted of an offense and is awaiting sentencing "shall … be detained unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released" under appropriate conditions. 18 U.S.C. §3143.

9. At his change of plea proceeding, the Court found by clear and convincing evidence that Maura did not pose such a threat to flee or

a risk to the community.

10. The violation and new criminal offense demonstrate that he is a danger to the community, more specifically that he is a danger to reoffend.

11. Additionally, the defendant was scheduled to be sentenced today and likely taken into custody to serve the sentence. Under these circumstances, it is all the more appropriate that Maura remain detained pending sentencing in this case.

12. The presentence report found that Maura has an offense level of 18, with a guideline range of 27-33 months. PSR ¶46. It is anticipated that in light of the evidence presented thus far at the sentencing hearing, as well as Maura's new criminal conduct, that the following changes to his guideline calculation may result: loss of a three-level reduction for acceptance of responsibility, USSG §3E1.1; an 18-level adjustment for loss in excess of $3,500,000, USSG §2B1.1(b)(1)(J); and a four-level increase for leadership role in the offense, USSG §2B1.1(a). If this occurs his offense level will increase to 29 and his guideline range will be 87-108 months.

13. He has substantial ties outside of the district, including

substantial ties to Ecuador.

14. These changed circumstances greatly increase the likelihood that Maura will flee the jurisdiction if he is released.

15. The government requests that Maura's presentencing release be revoked and an order of detention pending sentencing be issued.

WHEREFORE, for the foregoing reasons, the United States requests that this Honorable Court revoke Maura's bail and detain him pending sentencing. No brief is submitted in support of this motion since the reasons for the government's request are fully set forth herein. For the convenience of the Court, a proposed form of order is attached.

Respectfully submitted,

BRIAN D. MILLER
UNITED STATES ATTORNEY

/s/ Michael A. Consiglio
Michael A. Consiglio
Assistant U.S. Attorney
228 Walnut Street
Harrisburg, PA 17108
Phone: (717) 221-4482
Fax: (717) 221-2246
Michael.Consiglio@usdoj.gov
PA 76103