# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1111 | W | 2026 | 001601 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON NJ 08607-0000
609-989-3700 COUNTY OF: MERCER

*THE STATE OF NEW JERSEY*
*VS.*
LUIS MAURA

ADDRESS: 37 TAR HEELS ROAD EAST
HAMILTON TOWNSHIP NJ 08619-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | I260260025 |

COMPLAINANT NAME: J A DIAZ
NEW JERSEY STATE POLICE

DEFENDANT INFORMATION
SEX: M EYE COLOR: BROWN DOB: 08/02/1983
DRIVER'S LIC. #. M08904940008832 DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x900 SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 05/08/2026 in TRENTON CITY , MERCER County,NJ did:

WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY RECEIVE A MOTOR VEHICLE THAT WAS THE PROPERTY OF ANOTHER, BELIEVING THAT IT WAS PROBABLY STOLEN, SPECIFICALLY BY BEING IN POSSESSION OF A OF A 2021 AUDI SQ8 REPORTED STOLEN ON 04/04/2023. THIS IS IN VIOLATION OF N.J.S. 2C:20-10.2A (A THIRD DEGREE CRIME)

WITHIN THE JURISDICTION OF THIS COURT, OBLITERATE AND ALTER THE IDENTIFICATION MARK ON A MOTOR VEHICLE FOR AN UNLAWFUL PURPOSE, SPECIFICALLY BY REMOVING THE TRUE VIN OF 2021 AUDI SQ8 AND REPLACING WITH A VIN ASSOCIATED WITH A 2019 AUDI. THIS IS IN VIOLATION OF N.J.S. 2C:17-6A (A THIRD DEGREE CRIME).

**in violation of:**

| | | | |
|---|---|---|---|
| Original Charge | 1) 2C:20-10.2A | 2) 2C:17-6A | 3) |
| AmendedCharge | | | |

**CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

**Signed:** J A DIAZ **Date:** 05/28/2026

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MERCER
at the following address: MERCER COUNTY SUPERIOR CT
400 SOUTH WARREN ST. TRENTON NJ 08650-0000
**Date of Arrest:** **Appearance Date:** **Time:** **Phone:** 609-571-4000

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator | Date | Signature of Judge | Date

☑ Probable cause **IS** found for the issuance of this complaint. RAQUEL CAMACHO JUDICIAL OFFICER 05/28/2026
Signature and Title of Judicial Officer Issuing Warrant | Date

**TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.**

**Bail Amount Set:** ____________ **by:** ____________
(if different from judicial officer that issued warrant)

☐ **Domestic Violence – Confidential** ☐ **Related Traffic Tickets or Other Complaints** ☐ **Serious Personal Injury/ Death Involved**

**Special conditions of release:**
- ☐ **No phone, mail or other personal contact w/victim**
- ☐ **No possession firearms/weapons**
- ☐ **Other** (specify):

**ORIGINAL**



NJ/CDR2 1/1/2017

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1111 | W | 2026 | 001601 | LUIS MAURA |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

| FTA Bail Information | Date Bail Set: | Amount Bail Set: $ | by: | ❑ Bail Recog. Attached |
|---|---|---|---|---|
| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: |
| Date Referred to County Prosecutor: | | | | |
| Date of First Appearance: | ❑ Advised of Rights by | | | Defendant Desires Counsel: ❑ Yes ❑ No |

| Prosecuting Attorney Information | | | |
|---|---|---|---|
| Name: | | | |
| State | County | Municipal | Other |

| Defense Counsel Information | | | | | |
|---|---|---|---|---|---|
| Name: | | | | | |
| None | Retained | Public Def | Assigned | Waived | Other |

| | 1) | 2) | 3) |
|---|---|---|---|
| Original Charge | 2C:20-10.2A | 2C:17-6A | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea: Date: | Plea: Date: | Plea: Date: |
| Adjudication (* see code) | Finding Code: Date: | Finding Code: Date: | Finding Code: Date: |
| Jail Term | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp | Jail time credit / Susp. Imp |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines: Costs: | Fines: Costs: | Fines: Costs: |
| VCCB/SNSF | VCCB: SNSF: | VCCB: SNSF: | VCCB: SNSF: |
| DEDR/Lab Fee | DEDR: LAB: | DEDR: LAB: | DEDR: LAB: |
| CD Fee/Drug Ed Fnd | CD: DAEF: | CD: DAEF: | CD: DAEF: |
| DV Surch/Other Fees | DV: Other: | DV: Other: | DV: Other: |
| Restitution Beneficiary:______ | | | |

**Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:**

**Related Traffic Tickets and Complaints:**

* Finding Codes

1 - Guilty
2 - Not Guilty
3 - Dismissed - Other
4 - Guilty But Merged
5 - Dismissed - Rule
6 - Dismissed - Lack of Prosecution
7 - Dismissed - Pros Motion/Vic Req
8 - Conditional Discharge
9 - No Bill
C - Conditional Dismissal
D - Dismissed - Prosecutor Discretion
F - Disposed At Family Court
M - Dismissed - Mediation
P - Dismissed - Plea Agreement
R - Disposed in Remand Court
S - Disposed at Superior
V - Veteran Diversionary Program
W - Dismissed - False ID

JUDGE'S SIGNATURE ______ DATE ______

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1111 | W | 2026 | 001601 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON NJ 08607-0000
609-989-3700 COUNTY OF: MERCER

*THE STATE OF NEW JERSEY*
*VS.*
LUIS MAURA

ADDRESS: 37 TAR HEELS ROAD EAST
HAMILTON TOWNSHIP NJ 08619-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | I260260025 |

COMPLAINANT
NAME: J A DIAZ

DEFENDANT INFORMATION
SEX: M EYE COLOR: BROWN DOB: 08/02/1983
DRIVER'S LIC. #. M08904940008832 DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x900 SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 05/08/2026 in TRENTON CITY, MERCER County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, KNOWINGLY RECEIVE A MOTOR VEHICLE THAT WAS THE PROPERTY OF ANOTHER, BELIEVING THAT IT WAS PROBABLY STOLEN, SPECIFICALLY BY BEING IN POSSESSION OF A OF A 2021 AUDI SQ8 REPORTED STOLEN ON 04/04/2023. THIS IS IN VIOLATION OF N.J.S. 2C:20-10.2A (A THIRD DEGREE CRIME)

WITHIN THE JURISDICTION OF THIS COURT, OBLITERATE AND ALTER THE IDENTIFICATION MARK ON A MOTOR VEHICLE FOR AN UNLAWFUL PURPOSE, SPECIFICALLY BY REMOVING THE TRUE VIN OF 2021 AUDI SQ8 AND REPLACING WITH A VIN ASSOCIATED WITH A 2019 AUDI. THIS IS IN VIOLATION OF N.J.S. 2C:17-6A (A THIRD DEGREE CRIME).

**in violation of:**

| | | | |
|---|---|---|---|
| Original Charge | 1) 2C:20-10.2A | 2) 2C:17-6A | 3) |
| Amended Charge | | | |

**CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment**
**Signed:** J A DIAZ **Date:** 05/28/2026

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MERCER
at the following address: MERCER COUNTY SUPERIOR CT
400 SOUTH WARREN ST. TRENTON NJ 08650-0000
**Date of Arrest:** **Appearance Date:** **Time:** **Phone:** 609-571-4000

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause **IS NOT** found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator Date Signature of Judge Date

☑ Probable cause **IS** found for the issuance of this complaint. RAQUEL CAMACHO JUDICIAL OFFICER 05/28/2026
Signature and Title of Judicial Officer Issuing Warrant Date

**TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.**

**Bail Amount Set:** ______ **by:** ______
(if different from judicial officer that issued warrant)

☐ **Domestic Violence – Confidential** ☐ **Related Traffic Tickets or Other Complaints** ☐ **Serious Personal Injury/ Death Involved**

**Special conditions of release:**
☐ **No phone, mail or other personal contact w/victim**
☐ **No possession firearms/weapons**
☐ **Other** (specify):

**COMPLAINT - WARRANT (DEFENDANT'S COPY)**

# COMMITMENT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1111 | W | 2026 | 001601 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON NJ 08607-0000
609-989-3700 COUNTY OF: MERCER

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | I260260025 |

COMPLAINANT NAME: J A DIAZ
NEW JERSEY STATE POLICE

*THE STATE OF NEW JERSEY*
*VS.*
LUIS MAURA

ADDRESS: 37 TAR HEELS ROAD EAST
HAMILTON TOWNSHIP NJ 08619-0000

DEFENDANT INFORMATION
SEX: M EYE COLOR: BROWN DOB: 08/02/1983
DRIVER'S LIC. #. M08904940008832 DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x900 SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

**To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.**

| | Offense | Aux Offense | Drug Code | Degree | Offense Description |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

Commitment Reason:

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of MERCER
at the following address: MERCER COUNTY SUPERIOR CT
400 SOUTH WARREN ST. TRENTON NJ 08650-0000

Phone: 609-571-4000

**Date of Arrest:**

Signature and Title of Judicial Officer Issuing Warrant

Date

**COMMITMENT**

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 1111 | W | 2026 | 001601 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

*THE STATE OF NEW JERSEY*
*VS.*
**LUIS MAURA**

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON NJ 08607-0000
609-989-3700 COUNTY OF: MERCER

ADDRESS: 37 TAR HEELS ROAD EAST
HAMILTON TOWNSHIP NJ 08619-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | I260260025 |

COMPLAINANT NAME: J A DIAZ
NEW JERSEY STATE POLICE

DEFENDANT INFORMATION
SEX: M EYE COLOR: BROWN DOB: 08/02/1983
DRIVER'S LIC. #. M08904940008832 DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x900 SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed and (2) the defendant is the one who committed it:

**During the month of April 2026, the New Jersey State Police Motor Vehicle Crimes Central Unit began an investigation into Luis A. Maura, in reference to re-VIN'd and stolen motor vehicles. Through this investigation, a black 2019 Audi Q8, bearing Pennsylvania registration MYA9513, VIN: WA15VAF14KD033850 was found to be registered to Maura. Further investigative means conducted on the aforementioned Maura Audi revealed several discrepancies and notable indicators of a re-VIN'd vehicle.**

**On Friday, May 8, 2026, I authored and submitted residential and vehicle search warrants, to include the Maura Audi, which were ultimately reviewed and approved by the Honorable Judge R. Lytle of the Mercer County Superior Court (RL-MER-3452D-SW-26). On May 13, 2026, a detailed search of the Maura Audi was conducted. Several indicators of a re-VIN'd vehicle were noticed, including a public VIN displayed associated to a separate vehicle and the obliteration to VINs located on other parts of the vehicle. During the course of the search the true VIN was located and determined to be WA1CWBF19MD008288. This VIN identified the vehicle to be a 2021 Audi SQ8 Prestige, stolen on April 4, 2023 from Cromwell, Connecticut. Additionally, several items of evidentiary value were documented and seized, including paperwork addressed to Luis A. Maura, a Pennsylvania driver's license belonging to Luis A. Maura, registration and insurance paperwork with Luis A. Maura listed.**

# Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY VS. LUIS MAURA |
|---|---|---|---|---|
| 1111 | W | 2026 | 001601 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

2. I am aware of the facts above because: (Included, but not limited to: your observations,statements of eyewitnesses, defendant's admission, etc.)

**I am the arresting Trooper.**

3. If victim was injured, provide the extent of the injury:

**N/A**

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: J A DIAZ LAW ENFORCEMENT OFFICER    Date: 05/28/2026

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1111 | W | 2026 | 001601 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

TRENTON MUNICIPAL COURT
225 N CLINTON AVE
TRENTON NJ 08607-0000
609-989-3700 COUNTY OF: MERCER

*THE STATE OF NEW JERSEY*
*VS.*
LUIS MAURA

ADDRESS: 37 TAR HEELS ROAD EAST
HAMILTON TOWNSHIP NJ 08619-0000

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 2 | | I260260025 |

COMPLAINANT NAME: J A DIAZ
NEW JERSEY STATE POLICE

DEFENDANT INFORMATION
SEX: M EYE COLOR: BROWN DOB: 08/02/1983
DRIVER'S LIC. #. M08904940008832 DL STATE: NJ
SOCIAL SECURITY #: xxx-xx-x900 SBI #:
TELEPHONE #: ( )
LIVESCAN PCN #:

**Purpose: The Preliminary Law Enforcement Incident Report (PLEIR) is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.**

-The complaining officer personally observed the offense.

-The offense/incident was recorded using electronic/surveillance via:
- Body-Worn Camera

-The defendant was a stranger to the victim.

-Physical evidence was seized/recovered:
- Other Type(s) of physical evidence Paperwork

-The case involved theft and/or stolen property. The property which was stolen and/or possessed is Motor Vehicle

-The case involves a search warrant(s).

**Certification:**

**I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.**

**Signed:** J A DIAZ LAW ENFORCEMENT OFFICER **Date:** 05/28/2026