PTS.38/MDPA (1/2014)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE

# VIOLATION REPORT TO THE COURT
***(Pending Action By The United States Government)***

**Name of Defendant:** Luis Maura **Docket Number:** 0314 1:24CR00073-001

**Name of Magistrate Judge:** The Honorable Susan E. Schwab
United States Magistrate Judge

**Date of Release:** March 25, 2024

**Next Scheduled Court Appearance:** June 2, 2026

☐ Plea ☐ Trial ☒ Sentencing

**Assigned District Court Judge:** The Honorable Keli M. Neary
United States District Judge

**The defendant has met conditions of release:** ☐ Yes ☒ No

The probation officer believes that the defendant has violated the following conditions of pretrial release:

**Standard Condition #1** **The defendant must not violate federal, state, or local law while on release.**

On or about March 8, 2026, New Jersey State Police charged Luis Maura with Receiving a Stolen Motor Vehicle (Count 1) and Remove, Deface, Alter a Motor Vehicle's Identification Number (Count 2). On May 28, 2026, an arrest warrant was issued for the defendant.

**Response to Noncompliance:**

It is respectfully requested that the defendant appear before Your Honor to address alleged violations.

I am reporting the alleged bail violation(s) as required by 18 U.S.C. § 3154(5). On June 2, 2026, Assistant United States Attorney Michael Consiglio was informed of the defendant's alleged conduct.

☐ The Government, Defense Counsel and our office agreed that in lieu of proceeding with a bail revocation hearing, Defense Counsel shall submit a motion and order to the Court within the next 7 days proposing that the defendant surrender to the United States Marshals Service.
☐ The Government, within the next 5 days, will seek an order for a summons.
☒ The Government, within the next 5 days, will seek an order for a warrant.

Our office is in agreement with the Government's proposed action.

Respectfully Submitted,

/S/ Rachel Pope, June 2, 2026
United States Probation Officer

---

**The Court:**

Approved

______________________ ______________________
(Judge) (Date)

Disapproved

______________________ ______________________
(Judge) (Date)

Further instructions (if applicable):