UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:24-CR-73 |
| | : | |
| v. | : | (Judge Keli M. Neary) |
| | : | |
| LUIS MAURA, | : | |
| Defendant. | : | FILED UNDER SEAL |

# ORDER

The United States has filed a motion requesting that this Court revoke bail and issue an order of detention for the defendant, LUIS MAURA. The Government submits there is clear and convincing evidence to believe that the defendant has violated conditions of release and the Court's Order of Detention Pending Trial.

Having reviewed the Motion to Revoke Bail and Issue Order of Detention submitted by the United States in the above-captioned matter,

IT IS HEREBY ORDERED that the order releasing LUIS MAURA on conditions is revoked.

IT IS FUTHER ORDERED that an arrest warrant issue for LUIS MAURA and that he remain detained and that the United States Marshal or any other authorized United States Officer bring the defendant, LUIS MAURA before the Court for a hearing on the

Government's Motion to Revoke Bail and Request for Arrest Warrant and Order of Detention.

Dated: ____________________ ____________________________________

KELI M. NEARY
United States District Judge
Middle District of Pennsylvania