UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:24-CR-00073 |
| | : | |
| v. | : | (Judge Neary) |
| | : | (Magistrate Judge Schwab) |
| LUIS MAURA, | : | |
| Defendant. | : | Electronically Filed |

# PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, respectfully states:

1. That there is now pending in this Court a criminal case against **LUIS MAURA** presently in the custody of the Warden of the **DAUPHIN COUNTY PRISON, IN HARRISBURG, PENNSYLVANIA**.

**2.** That it is necessary that **LUIS MAURA** is brought before the United States District Court for the Middle District of Pennsylvania, Harrisburg, Pennsylvania, for a **Detention Hearing on June 4, 2026, at 11:30 a.m.**

**WHEREFORE,** the Government requests that the Court issue a writ of habeas corpus ad prosequendum to have **LUIS MAURA** brought before the United States District Court for the Middle District of Pennsylvania in Harrisburg, Pennsylvania, for a **Detention Hearing on**

__**June 4, 2026, at 11:30 a.m.,**__ and that **LUIS MAURA will be returned to DAUPHIN COUNTY PRISON, IN HARRISBURG, PENNSYLVANIA, following the federal proceeding.**

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Dated: June 3, 2026


/s/ Michael A. Consiglio
MICHAEL A. CONSIGLIIO
Assistant U.S. Attorney
PA 76103
1501 North Sixth Street, Box 202
Harrisburg, PA 17102
717-221-4482 (Office)
michael.consiglio@usdoj.gov